Law Offices Of

# COHN & ROTH, LLC

### 100 E. OLD COUNTRY ROAD MINEOLA, NEW YORK 11501
(516) 747-3030 ☎ FAX (516) 747-3046

MICHAEL H. COHN
WILLIAM M. ROTH
-----------------------------
MICHAEL C. NAYAR
EDWARD C. KLEIN
KEVIN MacTIERNAN

March 20, 2019

Celestine J. Hueitt aka
Celestine G. Hueitt
46 Glenwood Avenue
Buffalo, NY 14209

> RE:     Debtor: Celestine J. Hueitt aka Celestine G. Hueitt
>         Case No.: 17-11941-CLB
>         Loan No.: 6394

Dear Ms. Hueitt

This firm represents U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust c/o Caliber Home Loans, Inc. (hereinafter "Caliber"), a secured creditor in connection with your above-referenced bankruptcy matter.

We are writing to advise that you have defaulted under the agreed terms of the Conditional Order, entered on July 18, 2018 (ECF Doc. No. 50), in the following manner:

Failure to submit the Arrearage Payments and Conditional Order payments, totaling $702.39 as evidenced in the attached payment history.

Pursuant to the terms of the agreed to Conditional Order, **you must tender payment in the amount of $702.39 within ten (10) days of the date of this letter.**   Payment must be made payable to Caliber Home Loans, Inc. and mailed as follows:

| Payment Mailing Address: | Overnight Mailing Payment Address: |
|---|---|
| Caliber Home Loans, Inc. | Caliber Home Loans, Inc. |
| PO Box 650856 | Attn: Lockbox Operations 650856 |
| Dallas, TX   75265 | 2701 East Grauwyler Rd., Bldg. 1 |
| | Irving, TX 75061 |

Should you fail to cure this default within 10 days, we will file an *ex parte* Order with the Bankruptcy Court seeking the automatic stay be vacated with respect to the subject collateral.

Respectfully submitted,
Cohn & Roth, LLC

By:  /s/ Rachael Siegel
        Rachael Siegel
        Legal Assistant

cc:     Peter D. Grubea., Counsel for the Debtor (via ECF)
        Albert J. Mogavero, Chapter 13 Trustee (via ECF)

| Loan | ▓▓▓6394 | | | * If prior than 12/2011 payment changes | | |
|---|---|---|---|---|---|---|
| BK Case | 17-11941 | | | * If prior than 12/2011 payment changes | | |
| Filing Date | 9/19/2017 | | | were not required to be filed with the courts | | |
| First Post pet date | 10/2/2017 | | | or with Proof of claim | | |
| | | Effective | Amount | | | |
| POC pmt Filed | 2/16/2018 | 10/2/2017 | $458.93 | | | |
| Pmt Change Filed | 12/11/2018 | 1/2/2019 | $458.93 | | | |
| Pmt Change Filed | | | | | | |
| Date Rcvd | Amount | | | Amount Due | Due Date | Suspense |
| 1/16/2018 | $ 964.34 | | | $458.93 | 10/2/2017 | $ 505.41 |
| 2/7/2018 | $ 964.34 | | | $458.93 | 11/2/2017 | $ 1,010.82 |
| | | | | $458.93 | 12/2/2017 | $ 551.89 |
| | | | | $458.93 | 1/2/2018 | $ 92.96 |
| | | | | $458.93 | 2/2/2018 | $ (365.97) |
| | | | | $458.93 | 3/2/2018 | $ (824.90) |
| | | | | $458.93 | 4/2/2018 | $ (1,283.83) |
| | | | | $458.93 | 5/2/2018 | $ (1,742.76) |
| | | | | $458.93 | 6/2/2018 | $ (2,201.69) |
| | | | | $531.00 | Atty Fees | $ (2,732.69) |
| | | Agreed Order | 7.18.18 | | | |
| 6/20/2018 | $ 364.36 | | Stip | $364.36 | 6/15/2018 | $ - |
| 7/10/2018 | $ 458.93 | | | $458.93 | 7/2/2018 | $ - |
| 7/26/2018 | $ 364.36 | | Stip | $364.36 | 7/15/2018 | $ - |
| 8/9/2018 | $ 823.29 | | Lump sum | $546.53 | 7/23/2018 | $ 276.76 |
| 9/26/2018 | $ 823.29 | | | $458.93 | 8/2/2018 | $ 641.12 |
| | | | Stip | $364.36 | 8/15/2018 | $ 276.76 |
| 10/11/2018 | $ 823.29 | | | $458.93 | 9/2/2018 | $ 641.12 |
| | | | Stip | $364.36 | 9/15/2018 | $ 276.76 |
| 11/8/2018 | $ 805.29 | | | $458.93 | 10/2/2018 | $ 623.12 |
| | | | Stip | $364.36 | 10/15/2018 | $ 258.76 |
| 12/18/2018 | $ 458.93 | | | $458.93 | 11/2/2018 | $ 258.76 |
| 1/9/2019 | $ 458.93 | | Stip | $364.36 | 11/15/2018 | $ 353.33 |
| | | | | $458.93 | 12/2/2018 | $ (105.60) |
| 3/11/2019 | $ 780.00 | | | $458.93 | 1/2/2019 | $ 215.47 |
| | | | DUE | $458.93 | 2/2/2019 | $ (243.46) |
| | | | | $458.93 | 3/1/2019 | $ (702.39) |